**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:06CV435**

| | | |
|---|---|---|
| PATRIC T. KENNEDY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |

The defendant, Jo Anne B. Barnhart, Commissioner of Social Security, has moved this Court, pursuant to sentence six of 42 U.S.C. §405(g), to remand the cause for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89, 101 n.2 (1991); *Shalala v. Schaefer*, 113 S.Ct. 2625, 2629 n.2. (1993). The Commissioner requests voluntary remand of the claim and good cause exists to support this request for remand. Plaintiff has consented to the Motion for Remand.

THEREFORE, IT IS ORDERED that, pursuant to sentence six of 42 U.S.C. §405(g), this case is remanded to the defendant Commissioner. No judgment shall be entered in this matter at this time.

**IT IS SO ORDERED.**

Signed: January 16, 2007

David C. Keesler
United States Magistrate Judge