# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Patric T. Kennedy,

    Plaintiff(s),

vs.

Michael J. Astrue,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-CV-435

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/17/2007 Order.

Signed: November 19, 2007

Frank G. Johns, Clerk
United States District Court